IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gladney, Andrea A | Case Number: 08 B 08369 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 4/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 15, 2009
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,355.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,266.92 |
| Trustee Fee: | | 88.08 |
| Other Funds: | | 0.00 |
| Totals: | 1,355.00 | 1,355.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,995.00 | 1,266.92 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 26,120.73 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 37.60 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 264.90 | 0.00 |
| 6. | Bass & Associates | Unsecured | 1.80 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 52.79 | 0.00 |
| 8. | Plains Commerce Bank | Unsecured | 49.10 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 28.69 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 40.44 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 48.35 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 48.98 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 64.11 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 18.79 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 58.18 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 66.69 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 52.34 | 0.00 |
| 18. | Cook County Treasurer | Secured | | No Claim Filed |
| 19. | Allied International Credit | Unsecured | | No Claim Filed |
| 20. | First Card Visa | Unsecured | | No Claim Filed |
| 21. | GC Services | Unsecured | | No Claim Filed |
| 22. | HFC | Unsecured | | No Claim Filed |
| | | | $ 29,948.49 | $ 1,266.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gladney, Andrea A

Printed: 03/03/09

Case Number: 08 B 08369
Judge: Wedoff, Eugene R
Filed: 4/7/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 88.08 |
|  | $ 88.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*